## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:03CR184** |
| vs. | | |
| DONALD FRANK FRITZ, | | **ORDER** |
| Defendant. | | |

Defendant Donald Frank Fritz appeared before the court on April 10, 2017 on a Petition for Offender Under Supervision [71]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas, and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. Through his counsel, the defendant waived his right to a probable cause hearing on the Petition for Offender Under Supervision [71] pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. A detention hearing was held on April 14, 2017. The United States was represented by Assistant U.S. Attorney Matt E. Lierman. The parties stipulated that the government's oral motion for detention should be declared moot pursuant to the modification of conditions of release filed by the defendant. The defendant will be released to a Residential Reentry Center if/when placement becomes available. Until such time as placement becomes available in a Residential Reentry Center, the defendant is remanded to the custody of the U.S. Marshal to be detained pending further Order of the Court. I find that the Report alleges probable cause, and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1.      A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 17, 2017 at 9:00 a.m. Defendant must be present in person.

2.      The defendant, Donald Frank Fritz, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility until such time as placement in a Residential Reentry Center becomes available;

3.      The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4.      Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 14th day of April, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge